**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**MELISSA DAVIS AND LEEVEL YARBROUGH**                            **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO. 1:08-CV-249-SA-JAD**

**LOUISVILLE MUNICIPAL SCHOOL DISTRICT, et al.**                **DEFENDANTS**

## ORDER

Pursuant to an opinion to be issued on this day, the Court grants Defendants' Motion for Summary Judgment Regarding the Claims of Plaintiff Melissa Davis [42].

So ordered on this, the 11th day of January, 2010.

                                                        **/s/ Sharion Aycock**
                                                        **UNITED STATES DISTRICT JUDGE**