**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MELISSA DAVIS AND LEEVEL YARBROUGH**                    **PLAINTIFFS**

**V.**                                         **CIVIL ACTION NO. 1:08-CV-249-SA-JAD**

**LOUISVILLE MUNICIPAL SCHOOL DISTRICT, et al.**               **DEFENDANTS**

## ORDER

Pursuant to an opinion to be issued on this day, the Court denies as moot Plaintiffs' Motion to Strike [50] and grants Defendants' Motion for Summary Judgment Regarding the Claims of Plaintiff Leevel Yarborough [44]. Therefore, this case is closed.

So ordered on this, the 15th day of January, 2010.


                                        **/s/ Sharion Aycock**                    
                                        **UNITED STATES DISTRICT JUDGE**